07 CV 11124

JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

PROBO BISON SHIPPING INC.,                          :

                         Plaintiff,                    :      07 Civ. _____

      - against -                                          :

EMIRATES SHIP INVESTMENT COMPANY LLC,     :

                    Defendant.                   :

------------------------------------------------------------------X

RECEIVED
DEC 10 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

                           NONE.

Dated: December 10, 2007
       New York, NY

                             The Plaintiff,
                             PROBO BISON SHIPPING INC.

            By: _____
               Kevin J. Lennon
               Patrick F. Lennon
               LENNON, MURPHY & LENNON, LLC
               The Gray Bar Building
               420 Lexington Ave., Suite 300
               New York, NY 10170
               (212) 490-6050
               (212) 490-6070 (fax)
               kjl@lenmur.com
               pfl@lenmur.com