USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PROBO BISON SHIPPING INC.,

                Plaintiff,

- against -

EMIRATES SHIP INVESTMENT CO.,

                Defendant.
------------------------------------------------------------X

07 CV 11124 (LAP)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL AND RELEASE OF FUNDS

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees, including ABN AMRO who is known to be restraining $1,343,723.88 of the Defendant's funds, are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment.

Dated: January 31, 2007
New York, New York

The Plaintiff,
PROBO BISON SHIPPING INC.

By: /s/ Kevin J. Lennon
Kevin J. Lennon
LENNON, MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050
(212) 490-6070 fax
kjl@lenmur.com

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:
/s/ Loretta A. Preska
LORETTA A. PRESKA, U.S.D.J.
February 3, 2008